LONDON GUARANTEE & ACCIDENT CO., LTD., Respondent, v. CHISHOLM-RYDER COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ. [See ante, p. 850.]

## (September 29, 1948.)

MABEL O. LEARY, Respondent, v. ADELLE H. LAND, as Executrix of DANIEL B. LEARY, Deceased, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss the complaint in an action against the estate of plaintiff's husband to recover accumulated payments alleged to be due plaintiff for her support under a separation agreement.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

HOWARD STEFFENHAGEN, Appellant, v. GLEN M. HUGHES et al., Respondents. — Order affirmed, with $10 costs and disbursements. All concur. (The order denies plaintiff's motion to vacate a default judgment and restore case to the trial calendar.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

JOHN C. KERWIN, Appellant, v. TOWN OF SHELDON, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.

JOHN H. KERWIN, Appellant, v. TOWN OF SHELDON, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.

GEORGE BAIN, JR., as Administrator of the Estate of WEALTHY BAIN, Deceased, Respondent, v. ALBERT HARRINGTON, SR., Appellant. GEORGE BAIN, JR., as Administrator of the Estate of VAUGHAN BAIN, Deceased, Plaintiff, v. ALBERT HARRINGTON, SR., Defendant. GEORGE BAIN, JR., Respondent, v. ALBERT HARRINGTON, SR., Appellant.— Judgment insofar as appealed from and order affirmed, with costs. All concur. (The judgment is in favor of plaintiffs in an automobile negligence action; the order denies a motion for a new trial as to the two verdicts appealed from. No appeal was taken from that part of the judgment in favor of plaintiff George Bain, Jr., as administrator of Vaughan Bain.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.

WALTER COSTICH, Appellant, et al., Plaintiffs, v. JOSEPH LEFROIS, Respondent. — Judgment insofar as appealed from and order affirmed, with costs. All concur. (The portion of the judgment appealed from is for defendant for no cause of action in an automobile negligence action. The order denies plaintiff's [appellant's] motion for a new trial as to the first cause of action.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.

ANDREW WOLBER et al., Respondents, v. EQUIPMENT MANUFACTURING CO., INC., Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiffs in an action for breach of contract and warranty.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.

EDWARD BUHOLTZ, Respondent, v. COUNTY OF MONROE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ. [See ante, p. 846.]

PHILIP M. LIEBSCHUTZ, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Respondent, v. SCHAFFER STORES CO., INC., Appellant.— Motion for reargument granted. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See ante, p. 847; post, p. 1023.]